NEW-YORK,
May, 1829.

Rathbone
v.
Lownsbury.

---

## RATHBONE vs. LOWNSBURY.

MOTION to set aside a report in a case of reference. The cause was referred by consent to *one referee*.

*F. A. Tallmadge*, for the plaintiff.

*D. B. Shepard*, for defendant.

The court will not hear a motion to set aside a report in a case of reference, where but *one referee* is appointed.

*By the Court*, MARCY, J. This is a motion by the plaintiff to set aside the report of a referee. It appears by the rule of reference that the cause was referred to a single person. It cannot therefore be regarded as a reference under the statute ; it is merely an arbitration. The case of *Dodge* v. *Waterbury & Coles*, (8 *Cowen's Rep.* 136,) is conclusive against the present motion. The court in that case considered a reference to two, with power to choose a third, in the light of a mere arbitration. The reference of a cause to one without any power to associate others with him, is a still stronger case. We cannot interfere with the report, or, more properly speaking, the award made in this case.

Motion denied, with costs.